WAIVER OF SERVICE OF SUMMONS
16-CV-23-F

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2016 MAR 17 AM 8 41
STEPHAN HARRIS, CLERK
CHEYENNE

| GEORGE JAMES  Plaintiff(s) | Case Number: 16-CV-23-F |
|---|---|
| vs  COLLECTIONS ACQUISITION COMPANY, INC., d/b/a PAYLIANCE, JOHN DOE 1 through 100  Defendant(s) | |

## ACCEPTANCE OF SERVICE ON BEHALF OF LISTED DEFENDANTS AND WAIVER OF SERVICE OF SUMMONS

TO: Clerk, US District Court

I acknowledge receipt of your request that we Accept and Waive Service of a Summons in the action of James vs. Collections Acquisition Company, Inc. (16-CV-23-F), which is case number 16-CV-23-F, in the United States District Court for the District of Wyoming. I have also received a copy of the complaint in the action.

I agree to accept electronic service as a reliable means of service as required under Rule 4(d)(1)(G).

I agree to Accept Service on behalf of those defendants listed on the following page(s) and to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the

WAIVER OF SERVICE OF SUMMONS
16-CV-23-F

summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon the Court before 60 days from the date designated as the date on which the Notice of Lawsuit was sent (or 90 days from that date if your address is not in any judicial district of the United States).

3/14/16
Date

_____
Signature

Thomas S. Weldon
Printed / Typed Name

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court

or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

**List of entities and defendants to be represented and in which capacity:**